UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JARRETT E. SLATER,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

Case No. 24-cv-02231-JPG

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant LVNV Funding and against Plaintiff Jarrett Slater, and that this case is dismissed with prejudice.

**DATED: October 29, 2025**

                                        **MONICA A. STUMP, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **United States District Judge**